# Exhibit T-4

**Definition**

def AddressImmediate(op,rd,rc,imm) as

$\quad$ i $\leftarrow$ imm$_{17}^{17}$ $\|$ imm

$\quad$ c $\leftarrow$ RegRead(rc, 64)

$\quad$ case op of

$\quad\quad$ A.SUB.I:

$\quad\quad\quad$ a $\leftarrow$ i - c

$\quad\quad$ A.SUB.I.O:

$\quad\quad\quad$ t $\leftarrow$ ($i_{63}$ $\|$ i) - ($c_{63}$ $\|$ c)

$\quad\quad\quad$ if $t_{64} \neq t_{63}$ then

$\quad\quad\quad\quad$ raise FixedPointArithmetic

$\quad\quad\quad$ endif

$\quad\quad\quad$ a $\leftarrow$ $t_{63..0}$

$\quad\quad$ A.SUB.I.U.O:

$\quad\quad\quad$ t $\leftarrow$ ($i_{63}$ $\|$ i) - ($c_{63}$ $\|$ c)

$\quad\quad\quad$ if $t_{64} \neq 0$ then

$\quad\quad\quad\quad$ raise FixedPointArithmetic

$\quad\quad\quad$ endif

$\quad\quad\quad$ a $\leftarrow$ $t_{63..0}$

$\quad\quad$ A.SET.AND.E.I:

$\quad\quad\quad$ a $\leftarrow$ ((i and c) = 0)$^{64}$

$\quad\quad$ A.SET.AND.NE.I:

$\quad\quad\quad$ a $\leftarrow$ ((i and c) $\neq$ 0)$^{64}$

$\quad\quad$ A.SET.E.I:

$\quad\quad\quad$ a $\leftarrow$ (i = c)$^{64}$

$\quad\quad$ A.SET.NE.I:

$\quad\quad\quad$ a $\leftarrow$ (i $\neq$ c)$^{64}$

$\quad\quad$ A.SET.L.I:

$\quad\quad\quad$ a $\leftarrow$ (i < c)$^{64}$

$\quad\quad$ A.SET.GE.I:

$\quad\quad\quad$ a $\leftarrow$ (i $\geq$ c)$^{64}$

$\quad\quad$ A.SET.L.I.U:

$\quad\quad\quad$ a $\leftarrow$ ((0 $\|$ i) < (0 $\|$ c))$^{64}$

$\quad\quad$ A.SET.GE.I.U:

$\quad\quad\quad$ a $\leftarrow$ ((0 $\|$ i) $\geq$ (0 $\|$ c))$^{64}$

$\quad$ endcase

$\quad$ RegWrite(rd, 64, a)

enddef

**Exceptions**

Fixed-point arithmetic

FIG. 63C

Operation codes

| A.SET.AND.E | Address set and equal zero |
|---|---|
| A.SET.AND.NE | Address set and not equal zero |
| A.SET.E | Address set equal |
| A.SET.GE | Address set greater equal signed |
| A.SET.GE.U | Address set greater equal unsigned |
| A.SET.L | Address set less signed |
| A.SET.L.U | Address set less unsigned |
| A.SET.NE | Address set not equal |
| A.SUB | Address subtract |
| A.SUB.O | Address subtract signed check overflow |
| A.SUB.U.O | Address subtract unsigned check overflow |

Equivalencies

| A.SET.E.Z | Address set equal zero |
|---|---|
| A.SET.G.Z | Address set greater zero signed |
| A.SET.GE.Z | Address set greater equal zero signed |
| A.SET.L.Z | Address set less zero signed |
| A.SET.LE.Z | Address set less equal zero signed |
| A.SET.NE.Z | Address set not equal zero |
| A.SET.G | Address set greater signed |
| A.SET.G.U | Address set greater unsigned |
| A.SET.LE | Address set less equal signed |
| A.SET.LE.U | Address set less equal unsigned |

| A.SET.E.Z rd=rc | ← | A.SET.AND.E rd=rc,rc |
|---|---|---|
| A.SET.G.Z rd=rc | ⇐ | A.SET.L.U rd=rc,rc |
| A.SET.GE.Z rd=rc | ⇐ | A.SET.GE rd=rc,rc |
| A.SET.L.Z rd=rc | ⇐ | A.SET.L rd=rc,rc |
| A.SET.LE.Z rd=rc | ⇐ | A.SET.GE.U rd=rc,rc |
| A.SET.NE.Z rd=rc | ← | A.SET.AND.NE rd=rc,rc |
| A.SET.G rd=rb,rc | → | A.SET.L rd=rc,rb |
| A.SET.G.U rd=rb,rc | → | A.SET.L.U rd=rc,rb |
| A.SET.LE rd=rb,rc | → | A.SET.GE rd=rc,rb |
| A.SET.LE.U rd=rb,rc | → | A.SET.GE.U rd=rc,rb |

Redundancies

| A.SET.E rd=rc,rc | ⇔ | A.SET rd |
|---|---|---|
| A.SET.NE rd=rc,rc | ⇔ | A.ZERO rd |

FIG. 64A

**Selection**

| class | operation | cond | operand | | check |
|-------|-----------|------|---------|---|-------|
| arithmetic | SUB | | | | |
| | | | NONE | U | O |
| boolean | SET.AND SET | E NE | | | |
| | SET | L GE *G LE* | NONE | U | |
| | SET | *L GE G LE E NE* | Z | | |

**Format**

op        rd=rb,rc

rd=op(rb,rc)
rd=opz(rcb)

| 31 | 24 | 23 | 18 | 17 | 12 | 11 | 6 | 5 | 0 |
|----|----|----|----|----|----|----|----|----|----|
| A.MINOR | | rd | | rc | | rb | | op | |
| 8 | | 6 | | 6 | | 6 | | 6 | |

rc ← rb ← rcb

FIG. 64B

**Definition**

def AddressReversed(op,rd,rc,rb) as
    c ← RegRead(rc, 128)
    b ← RegRead(rb, 128)
    case op of
        A.SET.E:
            $a \leftarrow (b = c)^{64}$
        A.SET.NE:
            $a \leftarrow (b \neq c)^{64}$
        A.SET.AND.E:
            $a \leftarrow ((b \text{ and } c) = 0)^{64}$
        A.SET.AND.NE:
            $a \leftarrow ((b \text{ and } c) \neq 0)^{64}$
        A.SET.L:
            $a \leftarrow ((rc = rb) \text{ ? } (b < 0) : (b < c))^{64}$
        A.SET.GE:
            $a \leftarrow ((rc = rb) \text{ ? } (b \geq 0) : (b \geq c))^{64}$
        A.SET.L.U:
            $a \leftarrow ((rc = rb) \text{ ? } (b > 0) : ((0 \parallel b) < (0 \parallel c)))^{64}$
        A.SET.GE.U:
            $a \leftarrow ((rc = rb) \text{ ? } (b \leq 0) : ((0 \parallel b) \geq (0 \parallel c)))^{64}$
        A.SUB:
            $a \leftarrow b - c$
        A.SUB.O:
            $t \leftarrow (b_{63} \parallel b) - (c_{63} \parallel c)$
            if $t_{64} \neq t_{63}$ then
                raise FixedPointArithmetic
            endif
            $a \leftarrow t_{63..0}$
        A.SUB.U.O:
            $t \leftarrow (0^1 \parallel b) - (0^1 \parallel c)$
            if $t_{64} \neq 0$ then
                raise FixedPointArithmetic
            endif
            $a \leftarrow t_{63..0}$
    endcase
    RegWrite(rd, 64, a)
enddef

**Exceptions**

Fixed-point arithmetic

FIG. 64C

**Operation codes**

| A.SHL.I.ADD | Address shift left immediate add |
|---|---|

FIG. 65A

**Format**

A.SHL.I.ADD rd=rc,rb,i

rc=op(ra,rb,i)

| 31 | 24 23 | 18 17 | 12 11 | 6 5 | 21 0 |
|---|---|---|---|---|---|
| A.MINOR | rd | rc | rb | ASHL.I.ADD | sh |
| 8 | 6 | 6 | 6 | 6 | 2 |

assert 1≤i≤4
sh ← i-1

FIG. 65B

## Definition

def AddressShiftLeftImmediateAdd(sh,rd,rc,rb) as
     $c \leftarrow$ RegRead(rc, 64)
     $b \leftarrow$ RegRead(rb, 64)
     $a \leftarrow c + (b_{62-sh..0} \parallel 0^{1+sh})$
     RegWrite(rd, 64, a)
enddef

### Exceptions

FIG. 65C

**U.S. Patent**       Feb. 9, 2010       Sheet 218 of 403       US 7,660,973 B2

**Operation codes**

| A.SHL.I.SUB | Address shift left immediate subtract |
|-------------|---------------------------------------|

FIG. 66A

**Format**

ASHL.I.SUB  rd=rb,i,rc

rd=op(rb,i,rc)

| 31 | 24 23 | 18 17 | 12 11 | 6 5 | 21 0 |
|---|---|---|---|---|---|
| A.MINOR | rd | rc | rb | ASHL.I.SUB | sh |
| 8 | 6 | 6 | 6 | 6 | 2 |

assert 1≤i≤4
sh ← i-1

FIG. 66B

## Definition

def AddressShiftLeftImmediateSubtract(op,rd,rc,rb) as
      c $\leftarrow$ RegRead(rc, 128)
      b $\leftarrow$ RegRead(rb, 128)
      a $\leftarrow$ ($b_{62-sh..0} \parallel 0^{1+sh}$) - c
      RegWrite(rd, 64, a)
enddef

## Exceptions

FIG. 66C

Operation codes

| A.SHL.I | Address shift left immediate |
|---|---|
| A.SHL.I.O | Address shift left imMediate signed check overflow |
| A.SHL.I.U.O | Address shift left immediate unsigned check overflow |
| A.SHR.I | Address signed shift right immediate |
| A.SHR.I.U | Address shift right immediate unsigned |

Redundancies

| A.SHL.I rd=rc,1 | ⇔ | A.ADD rd=rc,rc |
|---|---|---|
| A.SHL.I.O rd=rc,1 | ⇔ | A.ADD.O rd=rc,rc |
| A.SHL.I.U.O rd=rc,1 | ⇔ | A.ADD.U.O rd=rc,rc |
| A.SHL.I rd=rc,0 | ⇔ | *A.COPY rd=rc* |
| A.SHL.I.O rd=rc,0 | ⇔ | *A.COPY rd=rc* |
| A.SHL.I.U.O rd=rc,0 | ⇔ | *A.COPY rd=rc* |
| A.SHR.I rd=rc,0 | ⇔ | *A.COPY rd=rc* |
| A.SHR.I.U rd=rc,0 | ⇔ | *A.COPY rd=rc* |

FIG. 67A

**Selection**

| class | operation | form | operand | check |
|-------|-----------|------|---------|-------|
| shift | SHL | I | | |
| | | | NONE U | O |
| | SHR | I | NONE U | |

**Format**

op       rd=rc,simm

rd=op(rc,simm)



FIG. 67B

### Definition

def AddressShiftImmediate(op,rd,rc,simm) as
$\quad$ c $\leftarrow$ RegRead(rc, 64)
$\quad$ case op of
$\qquad$ A.SHL.I:
$\qquad\qquad$ a $\leftarrow$ $c_{63-simm..0}$ $\|$ $0^{simm}$
$\qquad$ A.SHL.I.O:
$\qquad\qquad$ if $c_{63..63-simm} \neq c_{63}^{simm+1}$ then
$\qquad\qquad\qquad$ raise FixedPointArithmetic
$\qquad\qquad$ endif
$\qquad\qquad$ a $\leftarrow$ $c_{63-simm..0}$ $\|$ $0^{simm}$
$\qquad$ A.SHL.I.U.O:
$\qquad\qquad$ if $c_{63..64-simm} \neq 0$ then
$\qquad\qquad\qquad$ raise FixedPointArithmetic
$\qquad\qquad$ endif
$\qquad\qquad$ a $\leftarrow$ $c_{63-simm..0}$ $\|$ $0^{simm}$
$\qquad$ A.SHR.I:
$\qquad\qquad$ a $\leftarrow$ $a_{63}^{simm}$ $\|$ $c_{63..simm}$
$\qquad$ A.SHR.I.U:
$\qquad\qquad$ a $\leftarrow$ $0^{simm}$ $\|$ $c_{63..simm}$
$\quad$ endcase
$\quad$ RegWrite(rd, 64, a)
enddef

### Exceptions

Fixed-point arithmetic

FIG. 67C

**Operation codes**

| A.MUX | Address multiplex |
|-------|-------------------|

FIG. 68A

**Format**

op       ra=rd,rc,rb

ra=amux(rd,rc,rb)



FIG. 68B

## Definition

def AddressTernary(op,rd,rc,rb,ra) as
    d ← RegRead(rd, 64)
    c ← RegRead(rc, 64)
    b ← RegRead(rb, 64)
    endcase
    case op of
        A.MUX:
            a ← (c and d) or (b and not d)
    endcase
    RegWrite(ra, 64, a)
enddef

## Exceptions

FIG. 68C

**Operation codes**

| B | Branch |
|---|--------|

FIG. 69A

**Format**

B    rd

| 31 | 24 | 23 | 18 | 17 | 12 | 11 | 6 | 5 | 0 |
|---|---|---|---|---|---|---|---|---|---|
| B.MINOR | | rd | | 0 | | 0 | | B | |
| 8 | | 6 | | 6 | | 6 | | 6 | |

FIG. 69B

## Definition

def Branch(rd,rc,rb) as
    if (rc $\neq$ 0) or (rb $\neq$ 0) then
        raise ReservedInstruction
    endif
    d $\leftarrow$ RegRead(rd, 64)
    if ($d_{1..0}$) $\neq$ 0 then
        raise AccessDisallowedByVirtualAddress
    endif
    ProgramCounter $\leftarrow d_{63..2} \parallel 0^2$
    raise TakenBranch
enddef

## Exceptions

Reserved Instruction
Access disallowed by virtual address

FIG. 69C

**Operation codes**

| B.BACK | Branch back |
|--------|-------------|

FIG. 70A

**Format**

B.BACK

bback()



FIG. 70B

### Definition

```
def BranchBack(rd,rc,rb) as
        c ← RegRead(rc, 128)
        if (rd ≠ 0) or(rc ≠ 0) or (rb ≠ 0) then
                raise ReservedInstruction
        endif
        a ← LoadMemory(ExceptionBase,ExceptionBase+Thread*128,128,L)
        if PrivilegeLevel > c₁.₀ then
                PrivilegeLevel ← c₁.₀
        endif
        ProgramCounter ← c₆₃..₂ ‖ 0²
        ExceptionState ← 0
        RegWrite(rd,128,a)
        raise TakenBranchContinue
enddef
```

### Exceptions

Reserved Instruction
Access disallowed by virtual address
Access disallowed by tag
Access disallowed by global TB
Access disallowed by local TB
Access detail required by tag
Access detail required by local TB
Access detail required by global TB
Local TB miss
Global TB miss

FIG. 70C

**U.S. Patent**     Feb. 9, 2010     Sheet 233 of 403     US 7,660,973 B2

**Operation codes**

| | |
|---|---|
| B.BARRIER | Branch barrier |

FIG. 71A

**Format**

B.BARRIER          rd

bbarrier(rd)

| 31 | 24 23 | 18 17 | 12 11 | 6 5 | 0 |
|---|---|---|---|---|---|
| B.MINOR | rd | 0 | 0 | B.BARRIER | |
| 8 | 6 | 6 | 6 | 6 | |

FIG. 71B

### Definition

```
def BranchBarrier(rd,rc,rb) as
        if (rc ≠ 0) or (rb ≠ 0) then
                raise ReservedInstruction
        endif
        d ← RegRead(rd, 64)
        if (d₁.₀) ≠ 0 then
                raise AccessDisallowedByVirtualAddress
        endif
        ProgramCounter ← d₆₃..₂ ‖ 0²
        FetchBarrier()
        raise TakenBranch
enddef
```

### Exceptions

Reserved Instruction

FIG. 71C

**Operation codes**

| B.AND.E | Branch and equal zero |
|---|---|
| B.AND.NE | Branch and not equal zero |
| B.E | Branch equal |
| B.GE | Branch greater equal signed |
| B.L | Branch signed less |
| B.NE | Branch not equal |
| B.GE.U | Branch greater equal unsigned |
| B.L.U | Branch less unsigned |

**Equivalencies**

| $B.E.Z$ | Branch equal zero |
|---|---|
| $B.G.Z^1$ | Branch greater zero signed |
| $B.GE.Z^2$ | Branch greater equal zero signed |
| $B.L.Z^3$ | Branch less zero signed |
| $B.LE.Z^4$ | Branch less equal zero signed |
| $B.NE.Z$ | Branch not equal zero |
| $B.LE$ | Branch less equal signed |
| $B.G$ | Branch greater signed |
| $B.LE.U$ | Branch less equal unsigned |
| $B.G.U$ | Branch greater unsigned |
| $B.NOP$ | Branch no operation |

| $B.E.Z\ rc,target$ | $\leftarrow$ | B.AND.E rc,rc,target |
|---|---|---|
| $B.G.Z\ rc,target$ | $\Leftarrow$ | B.L.U rc,rc,target |
| $B.GE.Z\ rc,target$ | $\Leftarrow$ | B.GE rc,rc,target |
| $B.L.Z\ rc,target$ | $\Leftarrow$ | B.L rc,rc,target |
| $B.LE.Z\ rc,target$ | $\Leftarrow$ | B.GE.U rc,rc,target |
| $B.NE.Z\ rc,target$ | $\leftarrow$ | B.AND.NE rc,rc,target |
| $B.LE\ rc,rd,target$ | $\rightarrow$ | B.GE rd,rc,target |
| $B.G\ rc,rd,target$ | $\rightarrow$ | B.L rd,rc,target |
| $B.LE.U\ rc,rd,target$ | $\rightarrow$ | B.GE.U rd,rc,target |
| $B.G.U\ rc,rd,target$ | $\rightarrow$ | B.L.U rd,rc,target |
| $B.NOP$ | $\leftarrow$ | B.NE r0,r0,$ |

**Redundancies**

| B.E rc,target | $\Leftrightarrow$ | B.I target |
|---|---|---|
| B.NE rc,rc,target | $\Leftrightarrow$ | $B.NOP$ |

FIG. 72A

**Selection**

| class | op | compare | | | | type | |
|-------|-----|---------|------|-----|-----|------|---|
| arithmetic | | L | GE | *G* | *LE* | NONE | U |
| *vs.* zero | | *L* | *GE* | *G* | *LE* | Z | |
| | | E | NE | | | | |
| bitwise | none   AND | E | NE | | | | |

**Format**

op      rd,rc,target

if (op(rd,rc)) goto target;

| 31 | 24 | 23 | 18 | 17 | 12 | 11 | 0 |
|----|----|----|----|----|----|----|---|
| op | | rd | | rc | | offset | |
| 8 | | 6 | | 6 | | 12 | |

FIG. 72B

### Definition

```
def BranchConditionally(op,rd,rc,offset) as
        d ← RegRead(rd, 128)
        c ← RegRead(rc, 128)
        case op of
            B.E:
                    a ← d = c
            B.NE:
                    a ← d ≠ c
            B.AND.E:
                    a ← (d and c) = 0
            BAND.NE:
                    a ← (d and c) ≠ 0
            B.L:
                    a ← (rd = rc) ? (c < 0): (d < c)
            B.GE:
                    a ← (rd = rc) ? (c ≥ 0): (d ≥ c)
            B.L.U:
                    a ← (rd = rc) ? (c > 0): ((0 ‖ d) < (0 ‖ c))
            B.GE.U:
                    a ← (rd = rc) ? (c ≤ 0): ((0 ‖ d) ≥ (0 ‖ c))
        endcase
        if a then
            ProgramCounter ← ProgramCounter + (offset$_{31}^{0}$ ‖ offset ‖ 0$^2$)
            raise TakenBranch
        endif
enddef
```

### Exceptions

FIG. 72C

**Operation codes**

| | |
|---|---|
| B.E.F. 16 | Branch equal floating-point half |
| B.E.F. 32 | Branch equal floating-point single |
| B.E.F. 64 | Branch equal floating-point double |
| B.E.F.128 | Branch equal floating-point quad |
| B.GE.F. 16 | Branch greater equal floating-point half |
| B.GE.F. 32 | Branch greater equal floating-point single |
| B.GE.F. 64 | Branch greater equal floating-point double |
| B.GE.F.128 | Branch greater equal floating-point quad |
| B.L.F. 16 | Branch less floating-point half |
| B.L.F. 32 | Branch less floating-point single |
| B.L.F. 64 | Branch less floating-point double |
| B.L.F.128 | Branch less floating-point quad |
| B.LG.F. 16 | Branch less greater floating-point half |
| B.LG.F. 32 | Branch less greater floating-point single |
| B.LG.F. 64 | Branch less greater floating-point double |
| B.LG.F.128 | Branch less greater floating-point quad |

**Equivalencies**

| | |
|---|---|
| B.LE.F. 16 | Branch less equal floating-point half |
| B.LE.F. 32 | Branch less equal floating-point single |
| B.LE.F. 64 | Branch less equal floating-point double |
| B.LE.F.128 | Branch less equal floating-point quad |
| B.G.F. 16 | Branch greater floating-point half |
| B.G.F. 32 | Branch greater floating-point single |
| B.G.F. 64 | Branch greater floating-point double |
| B.G.F.128 | Branch greater floating-point quad |

| | |
|---|---|
| B.LE.F.size rc,rd,target | $\rightarrow$ B.GE.F.size rd,rc,target |
| B.G.F.size rc,rd,target | $\rightarrow$ B.L.F.size rd,rc,target |

FIG. 73A

**Selection**

| number format | type | compare | | | | | size | |
|---|---|---|---|---|---|---|---|---|
| floating-point | F | E | LG | L | GE | G | 16 | 32 |
| | | | LE | | | | | 64 |
| | | | | | | | | 128 |

**Format**

op      rd,rc,target

if (op(rd,rc)) goto target;



FIG. 73B

**Definition**

```
def BranchConditional(FloatingPointop,rd,rc,offset) as
    case op of
        B.E.F.16, B.LG.F.16, B.L.F.16, B.GE.F.16:
            size ← 16
        B.E.F.32, B.LG.F.32, B.L.F.32, B.GE.F.32:
            size ← 32
        B.E.F.64, B.LG.F.64, B.L.F.64, B.GE.F.64:
            size ← 64
        B.E.F.128, B.LG.F.128, B.L.F.128, B.GE.F.128:
            size ← 128
    endcase
    d ← F(size,RegRead(rd, 128))
    c ← F(size,RegRead(rc, 128))
    v ← fcom(d, c)
    case op of
        BEF16, BEF32, BEF64, BEF128:
            a ← (v = E)
        BLGF16, BLGF32, BLGF64, BLGF128:
            a ← (v = L) or (v = G)
        BLF16, BLF32, BLF64, BLF128:
            a ← (v = L)
        BGEF16, BGEF32, BGEF64, BGEF128:
            a ← (v = G) or (v = E)
    endcase
    if a then
        ProgramCounter ← ProgramCounter + (offset$_{15}^{50}$ ∥ offset ∥ 0$^2$)
        raise TakenBranch
    endif
enddef
```

**Exceptions**

FIG. 73C

**Operation codes**

| | |
|---|---|
| B.I.F. 32 | Branch invisible floating-point single |
| B.NI.F. 32 | Branch not invisible floating-point single |
| B.NV.F. 32 | Branch not visible floating-point single |
| B.V.F. 32 | Branch visible floating-point single |

FIG. 74A

**Selection**

| number format | type | compare | | | | size |
|---|---|---|---|---|---|---|
| floating-point | F | I | NI | NV | V | 32 |

**Format**

op    rc,rd,target

if (op(rc,rd)) goto target;

| 31 | 24 | 23 | 18 | 17 | 12 | 11 | 0 |
|---|---|---|---|---|---|---|---|

| op | rd | rc | offset |
|---|---|---|---|
| 8 | 6 | 6 | 12 |

FIG. 74B

### Definition

def n(a) as (a.t=QNAN) or (a.t=SNAN) enddef

def less(a,b) as fcom(a,b)=L enddef

def trxy a,b,c,d) as (fcom(fabs(a),b)=G) and (fcom(fabs(c),d)=G) and (a.s=c.s) enddef

def BranchConditionalVisibilityFloatingPoint(op,rd,rc,offset) as
    d ← RegRead(rd, 128)
    c ← RegRead(rc, 128)
    dx ← $F(32,d_{31..0})$
    cx ← $F(32,c_{31..0})$
    dy ← $F(32,d_{63..32})$
    cy ← $F(32,c_{63..32})$
    dz ← $F(32,d_{95..64})$
    cz ← $F(32,c_{95..64})$
    dw ← $F(32,d_{127..96})$
    cw ← $F(32,c_{127..96})$
    f1 ← F(32,0x7f000000) // floating-point 1.0
    if (n(dx) or n(dy) or n(dz) or n(dw) or n(cx) or n(cy) or n(cz) or n(cw)) then
        a ← false
    else
        dv ← less(fabs(dx),dz) and less(fabs(dy),dz) and less(dz,f1) and (dz.s=0)
        cv ← less(fabs(cx),cz) and less(fabs(cy),cz) and less(cz,f1) and (cz.s=0)
        trz ← (less(f1,dz) and less(f1,cz)) or ((dz.s=1 and cz.s=1))
        tr ← trxy(dx,dz,cx,cz) or trxy(dy,dz,cy,cz) or trz
        case op of
            B.I.F.32:
                a ← tr
            B.NI.F.32:
                a ← not tr
            B.NV.F.32:
                a ← not (dv and cv)
            B.V.F.32:
                a ← dv and cv
        endcase
    endif
    if a then
        ProgramCounter ← ProgramCounter + $(offset_{11}^{50} \parallel offset \parallel 0^2)$

FIG. 74C

```
          raise TakenBranch
     endif
enddef
```

**Exceptions**

FIG. 74C *continued*

**Operation codes**

| B.DOWN | Branch down |
|--------|-------------|

FIG. 75A

**Format**

B.DOWN    rd

bdown(rd)



FIG. 75B

## Definition

def BranchDown(rd,rc,rb) as

    if (rc $\neq$ 0) or (rb $\neq$ 0) then

        raise ReservedInstruction

    endif

    d $\leftarrow$ RegRead(rd, 64)

    if PrivilegeLevel > $d_{1..0}$ then

        PrivilegeLevel $\leftarrow d_{1..0}$

    endif

    ProgramCounter $\leftarrow d_{63..2} \parallel 0^2$

    raise TakenBranch

enddef

                   Exceptions

Reserved Instruction

FIG. 75C

**Operation codes**

| B.GATE | Branch gateway |
|--------|----------------|

**Equivalencies**

| B.GATE | ←   B.GATE 0 |
|--------|--------------|

FIG. 76A

**Format**

B.GATE        rb

bgate(rb)



| 31         24 | 23      18 | 17      12 | 11       6 | 5        0 |
|---------------|------------|------------|------------|------------|
| B.MINOR       | 0          | 1          | rb         | B.GATE     |
| 8             | 6          | 6          | 6          | 6          |

FIG. 76B

### Definition

```
def BranchGateway(rd,rc,rb) as
        c ← RegRead(rc, 64)
        b ← RegRead(rb, 64)
        if (rd ≠ 0) or (rc ≠ 1) then
                raise ReservedInstruction
        endif
        if c2..0 ≠ 0 then
                raise AccessDisallowedByVirtualAddress
        endif
        d ← ProgramCounter63..2+1 ‖ PrivilegeLevel
        if PrivilegeLevel < b1..0 then
                m ← LoadMemoryG(c,c,64,L)
                if b ≠ m then
                        raise GatewayDisallowed
                endif
                PrivilegeLevel ← b1..0
        endif
        ProgramCounter ← b63..2 ‖ 0²
        RegWrite(rd, 64, d)
        raise TakenBranch
enddef
```

### Exceptions

Reserved Instruction
Gateway disallowed
Access disallowed by virtual address
Access disallowed by tag
Access disallowed by global TB
Access disallowed by local TB
Access detail required by tag
Access detail required by local TB
Access detail required by global TB
Local TB miss
Global TB miss

FIG. 76C

**Operation codes**

| B.HALT | Branch halt |
|--------|-------------|

FIG. 77A

**Format**

B.HALT

bhalt()

| 31 | 24 23 | 18 17 | 12 11 | 6 5 | 0 |
|---|---|---|---|---|---|
| B.MINOR | 0 | 0 | 0 | B.HALT |
| 8 | 6 | 6 | 6 | 6 |

FIG. 77B

**Definition**

```
def BranchHalt(rd,rc,rb) as
        if (rd ≠ 0) or (rc ≠ 0) or (rb ≠ 0) then
                raise ReservedInstruction
        endif
        FetchHalt()
enddef
```

**Exceptions**

Reserved Instruction

FIG. 77C

**Operation codes**

| B.HINT | Branch Hint |
|--------|-------------|

FIG. 78A

**Format**

B.HINT          badd,count,rd

bhint(badd,count,rd)

| | 31          24 | 23          18 | 17          12 | 11          6 | 5          0 |
|---|---|---|---|---|---|
| | B.MINOR | rd | count | simm | B.HINT |
| | 8 | 6 | 6 | 6 | 6 |

simm ← badd-pc-4

FIG. 78B

**Definition**

def BranchHint(rd,count,simm) as
     d ← RegRead(rd, 64)
     if ($d_{1..0}$) ≠ 0 then
          raise AccessDisallowedByVirtualAddress
     endif
     FetchHint(ProgramCounter +4 + (0 ∥ simm ∥ $0^2$), $d_{63..2}$ ∥ $0^2$, count)
enddef

**Exceptions**

Access disallowed by virtual address

FIG. 78C

**Operation codes**

| B.HINT.I | Branch Hint Immediate |
|----------|----------------------|

FIG. 79A

**Format**

B.HINT.I      badd,count,target

bhinti(badd,count,target)

| 31 | 24 | 23 | 18 | 17 | | 12 | 11 | | 0 |
|---|---|---|---|---|---|---|---|---|---|
| B.HINT.I | | simm | | count | | | offset | | |
| 8 | | 6 | | 6 | | | 12 | | |

simm ← badd-pc-4

FIG. 79B

### Definition

def BranchHintImmediate(simm,count,offset) as

BranchHint(ProgramCounter + 4 + (0 || simm || $0^2$), count,

ProgramCounter + (offset$_{17}^{44}$ || offset || $0^2$))

enddef

### Exceptions

FIG. 79C

**Operation codes**

| B.I | Branch immediate |
|-----|------------------|

**Redundancies**

| B.I target | ⇔   B.E rc,rc,target |
|------------|----------------------|

FIG. 80A

**Format**

B.I      target

bi(target)



FIG. 80B

### Definition

def BranchImmediate(offset) as
    ProgramCounter ← ProgramCounter + ($offset_{23}^{38}$ || offset || $0^2$)
    raise TakenBranch
enddef

### Exceptions

FIG. 80C

**Operation codes**

| B.LINK.I | Branch immediate link |
|----------|----------------------|

FIG. 81A

**Format**

B.LINK.I    target

blinki(target)



FIG. 81B

**Definition**

def BranchImmediateLink(offset) as
    RegWrite(0, 64, ProgramCounter + 4)
    ProgramCounter ← ProgramCounter + (offset$_{38}^{25}$ ‖ offset ‖ $0^2$)
    raise TakenBranch
enddef

**Exceptions**

FIG. 81C

**Operation codes**

| B.LINK | Branch link |
|--------|-------------|

**Equivalencies**

| B.LINK | ← | B.LINK 0=0 |
|--------|---|------------|
| B.LINK rc | ← | B.LINK 0=rc |

FIG. 82A

**Format**

B.LINK        rd=rc

| 31 | 24 23 | 18 17 | 12 11 | 6 5 | 0 |
|---|---|---|---|---|---|
| B.MINOR | rd | rc | 0 | B.LINK | |
| 8 | 6 | 6 | 6 | 6 | |

rb ← 0

FIG. 82B

## Definition

```
def BranchLink(rd,rc,rb) as
        if rb ≠ 0 then
                raise ReservedInstruction
        endif
        c ← RegRead(rc, 64)
        if (c and 3) ≠ 0 then
                raise AccessDisallowedByVirtualAddress
        endif
        RegWrite(rd, 64, ProgramCounter + 4)
        ProgramCounter ← c₆₃..₂ ‖ 0²
        raise TakenBranch
enddef
```

ProgramCounter ← $c_{63..2} \parallel 0^2$

## Exceptions

Reserved Instruction
Access disallowed by virtual address

FIG. 82C

**Operation codes**

| | |
|---|---|
| S.D.C.S.64.A.B | Store double compare swap octlet aligned big-endian |
| S.D.C.S.64.A.L | Store double compare swap octlet aligned little-endian |

FIG. 83A

**Format**

op      rd@rc,rb

rd=op(rd,rc,rb)

| 31 | 24 | 23 | 18 | 17 | 12 | 11 | 6 | 5 | 0 |
|----|----|----|----|----|----|----|---|---|---|
| S.MINOR | | rd | | rc | | rb | | op | |
| 8 | | 6 | | 6 | | 6 | | 6 | |

FIG. 83B

**Definition**

```
def StoreDoubleCompareSwap(op,rd,rc,rb) as
     size ← 64
     lsize ← log(size)
     case op of
          SDCS64AL:
                  order ← L
          SDCS64AB:
                  order ← B
     endcase
     c ← RegRead(rc, 128)
     b ← RegRead(rb, 128)
     d ← RegRead(rd, 128)
     if (c2..0 ≠ 0) or (b2..0 ≠ 0) then
          raise AccessDisallowedByVirtualAddress
     endif
     lock
          a ← LoadMemoryW(c63..0,c63..0,64,order) || LoadMemoryW(b63..0,b63..0,64,order)
          if ((c127..64 || b127..64.) = a) then
                StoreMemory((c63..0,c63..0,64,order,d127..64)
                StoreMemory(b63..0,b63..0,64,order,d63..0)
          endif
     endlock
     RegWrite(rd, 128, a)
enddef
```

**Exceptions**

Access disallowed by virtual address
Access disallowed by tag
Access disallowed by global TB
Access disallowed by local TB
Access detail required by tag
Access detail required by local TB
Access detail required by global TB
Local TB miss
Global TB miss

FIG. 83C

**Operation codes**

| | |
|---|---|
| S.A.S.I.64.A.B | Store add swap immediate octlet aligned big-endian |
| S.A.S.I.64.A.L | Store add swap immediate octlet aligned little-endian |
| S.C.S.I.64.A.B | Store compare swap immediate octlet aligned big-endian |
| S.C.S.I.64.A.L | Store compare swap immediate octlet aligned little-endian |
| S.M.S.I.64.A.B | Store multiplex swap immediate octlet aligned big-endian |
| S.M.S.I.64.A.L | Store multiplex swap immediate octlet aligned little-endian |

FIG. 84A

**Selection**

| number format | op | size | | alignment | ordering | |
|---|---|---|---|---|---|---|
| add-swap | AS | 64 | | A | L | B |
| compare-swap | CS | 64 | | A | L | B |
| multiplex-swap | MS | 64 | | A | L | B |

**Format**

S.op.I.64.align.order   rd@rc,offset

rd=sopi64alignorder(rd,rc,offset)

| 31        24 | 23       18 | 17      12 | 11        0 |
|---|---|---|---|
| op | rd | rc | offset |
| 8 | 6 | 6 | 12 |

FIG. 84B

### Definition

```
def StoreImmediateInplace(op,rd,rc,offset) as
      sizE ← 64
      lsize ← log(size)
      case op of
            SASI64AL, SCSI64AL, SMSI64AL:
                  order ← L
            SASI64AB, SCSI64AB, SMSI64AB:
                  order ← B
      endcase
      c ← RegRead(rc, 64)
```

$$VirtAddr \leftarrow c + (offset_{\hat{}\hat{}}{}^{-lsize} \parallel offset \parallel 0^{lsize-3})$$

```
      if (c|size-4..0 ≠ 0) then
            raise AccessDisallowedByVirtualAddress
      endif
      d ← RegRead(rd, 128)
      case op of
            SASI64AB, SASI64AL:
                  lock
                        a ← LoadMemoryW(c,VirtAddr,size,order)
                        StoreMemory(c,VirtAddr,size,order,d63..0+a)
                  endlock
            SCSI64AB, SCSI64AL:
                  lock
                        a ← LoadMemoryW(c,VirtAddr,size,order)
                        if (a = d63..0) then
                              StoreMemory(c,VirtAddr,size,order,d127..64)
                        endif
                  endlock
            SMSI64AB, SMSI64AL:
                  lock
                        a ← LoadMemoryW(c,VirtAddr,size,order)
                        m ← (d127..64 & d63..0) | (a & ~d63..0)
                        StoreMemory(c,VirtAddr,size,order,m)
                  endlock
      endcase
      RegWrite(rd, 64, a)
enddef
```

FIG. 84C

### Exceptions

Access disallowed by virtual address
Access disallowed by tag
Access disallowed by global TB
Access disallowed by local TB
Access detail required by tag
Access detail required by local TB
Access detail required by global TB
Local TB miss
Global TB miss

FIG. 84C *continued*

**Operation codes**

| | |
|---|---|
| S.A.S.64.A.B | Store add swap octlet aligned big-endian |
| S.A.S.64.A.L | Store add swap octlet aligned little-endian |
| S.C.S.64.A.B | Store compare swap octlet aligned big-endian |
| S.C.S.64.A.L | Store compare swap octlet aligned little-endian |
| S.M.S.64.A.B | Store multiplex swap octlet aligned big-endian |
| S.M.S.64.A.L | Store multiplex swap octlet aligned little-endian |

FIG. 85A

**Selection**

| number format | op | size | | alignment | ordering | |
|---|---|---|---|---|---|---|
| add-swap | A.S | 64 | | A | L | B |
| compare-swap | C.S | 64 | | A | L | B |
| multiplex-swap | M.S | 64 | | A | L | B |

**Format**

op      rd@rc,rb

rd=op(rd,rc,rb)



```
    31          24 23      18 17      12 11       6 5         0
   ┌──────────────┬──────────┬──────────┬──────────┬──────────┐
   │   S.MINOR    │    rd    │    rc    │    rb    │    op    │
   └──────────────┴──────────┴──────────┴──────────┴──────────┘
          8            6          6          6          6
```

FIG. 85B

### Definition

```
def StoreInplace(op,rd,rc,rb) as
        size ← 64
        lsize ← log(size)
        case op of
                SAS64AL, SCS64AL, SMS64AL:
                        order ← L
                SAS64AB, SCS64AB, SMS64AB:
                        order ← B
        endcase
        c ← RegRead(rc, 64)
        b ← RegRead(rb, 64)
```

$VirtAddr \leftarrow c + (b_{66-lsize..0} \parallel 0^{lsize-3})$

```
        if (c_{lsize-4..0} ≠ 0 then
                raise AccessDisallowedByVirtualAddress
        endif
        d ← RegRead(rd, 128)
        case op of
                SAS64AB, SAS64AL:
                        lock
```

$a \leftarrow LoadMemoryW(c,VirtAddr,size,order)$
$StoreMemory(c,VirtAddr,size,order,d_{63..0}+a)$

```
                        endlock
                SCS64AB, SCS64AL:
                        lock
```

$a \leftarrow LoadMemoryW(c,VirtAddr,size,order)$
$if (a = d_{63..0})$ then
$\qquad StoreMemory(c,VirtAddr,size,order,d_{127..64})$

```
                                endif
                        endlock
                SMS64AB, SMS64AL:
                        lock
```

$a \leftarrow LoadMemoryW(c,VirtAddr,size,order)$
$m \leftarrow (d_{127..64}\ \&\ d_{63..0}) \mid (a\ \&\ \sim d_{63..0})$
$StoreMemory(c,VirtAddr,size,order,m)$

```
                        endlock
        endcase
        RegWrite(rd, 64, a)
enddef
```

FIG. 85C

## Exceptions

Access disallowed by virtual address
Access disallowed by tag
Access disallowed by global TB
Access disallowed by local TB
Access detail required by tag
Access detail required by local TB
Access detail required by global TB
Local TB miss
Global TB miss

FIG. 85C *continued*