IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., a California corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 2:10-cv-00091 |
| ACER INC., *et al.* | § § | TJW-CE |
| Defendants. | § | |
| MICROUNITY SYSTEMS ENGINEERING, INC., a California corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 2:10-cv-000185 |
| ACER INC., *et al.* | § § | TJW-CE |
| Defendants. | § | |

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

Came on to be heard Plaintiff MicroUnity Systems Engineering, Inc.'s Motion to Consolidate Cases, and the Court having considered said motion hereby

GRANTS the Unopposed Motion by Plaintiff MicroUnity Systems Engineering, Inc. to Consolidate Related Cases. Specifically:

1.     Matters 2:10-cv-00091 and 2:10-cv-000185 shall be consolidated for all purposes.

2.     Pleadings pertaining to the consolidated cases need only be filed in Matter 2:10-cv-00091, which shall be deemed the lead case. Said pleadings should utilize the caption above, and will be deemed filed in Matter 2:10-cv-000185 as well.

3.     The *Markman* and trial dates previously set by this Court for Matter 2:10-cv-00091 are vacated, and instead the consolidated matters shall employ the *Markman* and trial dates previously set by this Court for Matter 2:10-cv-000185.

4.      Per the parties' agreement, the Consolidated Complaint drops Acer, Inc., Acer America Corporation, and Motorola Inc. as parties and adds Motorola Mobility, Inc. as a party.

SIGNED this  3rd  day of May, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE