IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROUNITY SYSTEMS ENGINEERING, INC., a California corporation,<br>　　　　　　Plaintiff,<br>v.<br><br>(1) APPLE, INC., a California corporation, (2) AT&T INC., a Delaware corporation, (3) AT&T MOBILITY LLC, a Delaware limited liability company, (4) CELLCO PARTNERSHIP, a Delaware partnership, (5) EXEDEA, INC., a Texas corporation, (6) GOOGLE INC., a Delaware corporation, (7) HTC CORPORATION, a Republic of China corporation, (8) HTC AMERICA, INC., a Texas corporation, (9) LG Electronics, Inc., a Korean limited company, (10) LG Electronics Mobilecomm U.S.A., Inc., a California corporation, (11) MOTOROLA MOBILITY, INC., a Delaware corporation, (12) NOKIA CORPORATION a Finnish corporation, (13) NOKIA INC., a Delaware corporation, (14) PALM, INC., a Delaware corporation, (15) QUALCOMM INC., a Delaware corporation, (16) SAMSUNG ELECTRONICS CO., LTD., a Korean limited company, (17) SAMSUNG SEMICONDUCTOR INC., a California corporation, (18) SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, (19) SPRINT SPECTRUM LP, a Delaware limited partnership, (20) TEXAS INSTRUMENTS INC., a Delaware corporation,<br>　　　　　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 02:10-cv-91-TJW-CE<br>Consolidated with Case No. 02:10-cv-185-TJW-CE<br><br><br><br>Jury Trial Demanded |

03536.51656/4132828.1

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff MicroUnity Systems Engineering, Inc. ("Plaintiff") and Defendants Apple, Inc. ("Apple"); AT&T Inc. and AT&T Mobility LLC (collectively, "AT&T Defendants"); Cellco Partnership ("Cellco"); Google Inc. ("Google"); Exedea, Inc., HTC Corporation, and HTC America Inc. (collectively, "HTC Defendants"); LG Electronics, Inc. and LG Electronics MobileComm U.S.A., Inc. (collectively, "LG Defendants"); Motorola Mobility, Inc. ("Motorola"); Nokia Corp. and Nokia Inc. (collectively, "Nokia Defendants"); Palm, Inc. ("Palm"); Qualcomm Inc. ("Qualcomm"); Samsung Electronics Co., Ltd. ("Samsung"); Samsung Semiconductor Inc. ("SSI"); Samsung Telecommunications America, LLC ("STA"); Sprint Spectrum LP ("Sprint"); and Texas Instruments Inc. ("TI") (collectively, "Defendants") jointly move for entry of a Protective Order, which is attached as <u>Exhibit A</u>.  The parties have agreed to all provisions in the Protective Order except for Paragraphs 8, 11(a), 12, and 13, which require Court resolution.  For ease of reference, <u>Exhibit A</u> contains Plaintiff's proposal for each disputed paragraph, followed immediately by Defendants' proposal for that same paragraph, with the disputed portion of each paragraph identified via redlining.  <u>Exhibit B</u> sets forth the Plaintiff's arguments in support of its disputed proposals, and <u>Exhibit C</u> sets forth the Defendants' arguments in support of their disputed proposals.  If any responses are needed, the parties agree that the response will be filed within five business days of the filing of this motion.

The parties request that the Court resolve the parties' disputes regarding the Protective Order.  If the Court wishes, the parties will submit a proposed order reflecting the Court's ruling at the appropriate time.

May 13, 2011                                     Respectfully Submitted,

                              /s/ Joseph S. Grinstein
                              Stephen D. Susman, Attorney-in-Charge
                              State Bar No. 1952100
                              ssusman@susmangodfrey.com
                              Max L. Tribble, Jr.
                              State Bar No. 20213950
                              mtribble@susmangodfrey.com
                              Joseph S. Grinstein
                              State Bar No. 24002188
                              jgrinstein@susmangodfrey.com
                              SUSMAN GODFREY L.L.P.
                              1000 Louisiana Street, Suite 5100
                              Houston, Texas 77002
                              Telephone:  (713) 651-9366
                              Facsimile:   (713) 654-6666

                              Sidney Calvin Capshaw
                              State Bar No. 03783900
                              ccapshaw@capshawlaw.com
                              CAPSHAW DERIEUX, L.L.P.
                              1127 Judson Rd - Ste 220
                              PO Box 3999
                              Longview, TX 75601-5157
                              (903) 236-9800
                              Fax: (903) 236-8787

                              Otis W. Carroll
                              State Bar No.00794219
                              nancy@icklaw.com
                              IRELAND, CARROLL & KELLEY, P.C.
                              6101 South Broadway, Suite 500
                              Tyler, TX 75703
                              Telephone: (903) 561-1600
                              Facsimile: (903) 581-1071

                              Michael F. Heim
                              State Bar No. 09380923
                              mheim@hpcllp.com
                              HEIM, PAYNE & CHORUSH, L.L.P.
                              600 Travis, Suite 6710
                              Houston, Texas 77002

Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Douglas R. Wilson
State Bar No. 24037719
dwilson@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
9442 Capital of Texas Hwy.
Plaza I, Suite 500-146
Austin, Texas 78759
Telephone: (512) 343-3622
Facsimile: (512) 345-2924

George M. Schwab
State Bar No. 58250 (CA)
gschwab@gmspatent.com
LAW OFFICES OF GEORGE M. SCHWAB
235 Montgomery St., Suite 1026
San Francisco, CA 94104
Telephone: (415) 889-5210
*Attorneys for Microunity Systems Engineering, Inc.*

|  |  |
|---|---|
| /s/ Kelly Hunsaker | /s/ David R. Clonts |
| Eric M. Albritton | David R. Clonts |
| ema@emafirm.com | dclonts@akingump.com |
| **ALBRITTON LAW FIRM** | Michael F. Reeder |
| P.O. Box 2649 | mreeder@akingump.com |
| Longview, TX 75606 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Telephone: 903-757-8449 | 1111 Louisiana Street, 44th Floor |
| Fax: 903-758-7397 | Houston, TX 77002-5200 |
|  | Telephone: 713-220-5886 |
| Garland T. Stephens | Fax: 713-236-0822 |
| stephens@fr.com |  |
| David J. Healey | Steven M. Zager |
| healey@fr.com | szager@akingump.com |
| Ana Elena Kadala | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| kadala@fr.com | One Bryant Park |
| John Philip Brinkmann | New York, NY 10036 |
| brinkmann@fr.com | Telephone: 212-872-1000 |
| **FISH & RICHARDSON PC-HOUSTON** | Fax: 212-872-1002 |
| 1221 McKinney Street, Ste. 2800 |  |
| Houston, TX 77010 | Cono A. Carrano |
| Telephone: 713-654-5300 | ccarrano@akingump.com |
| Fax: 713-652-0109 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|  | 1333 New Hampshire Avenue, NW |
| Kelly C. Hunsaker | Washington, DC 20036 |

hunsaker@fr.com
**FISH & RICHARDSON – REDWOOD CITY**
500 Arguello St., Ste 500
Redwood City, CA 94063
Telephone:  650-839-5070
Fax:  650-839-5071
*Attorneys for Apple*

Telephone:  202-887-4136
Fax:  202-887-4288

Robert W. Weber
bweber@smithweber.com
**SMITH WEBER, LLP**
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX  75505-6167
Telephone:  903-223-5656
Fax:  903-223-5652
*Attorneys for AT&T, Inc. And AT&T Mobility LLC*

\_\_\_\_/s/ Kevin P. Anderson
Karin Hessler
khessler@wileyrein.com
Robert Scheffel
rscheffel@wileyrein.com
Kevin P. Anderson
kanderson@wileyrein.com
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
Telephone:  202-719-7000
Fax:  202-719-7049

Michael C. Smith
michaelsmith@siebman.com
**SIEBMAN, BURG, PHILLIPS & SMITH, LLP**
113 East Austin Street
Marshall, TX 75670
Telephone:  903-938-8900
Fax  972-767-4620

Larry A. Phillips
larryphillips@siebman.com
**SIEBMAN, BURG, PHILLIPS & SMITH, LLP**
300 N. Travis Street
Sherman, TX 75090
Telephone:  903-870-0070
Fax:  903-870-0066
*Attorneys for Cellco Partnership*

_____/s/ Brian Wikner
Thomas J. Friel, Jr
tfriel@cooley.com
Heidi L. Keefe
hkeefe@cooley.com
Mark R. Weinstein
mweinstein@cooley.com
Kyle Chen
kyle.chen@cooley.com
Brian Wikner
bwikner@cooley.com
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  650-843-5000
Fax:  650-857-0663

David Shuman, In-house Counsel
David_Shuman@htc.com
**HTC AMERICA**
Telephone:  858-945-4307

Robert W. Weber
bweber@smithweber.com
**SMITH WEBER, LLP**
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX  75505-6167
Telephone:  903-223-5656

|  |  |
|---|---|
|  | Fax: 903-223-5652<br>*Attorneys for Exedea, Inc., HTC Corporation and HTC America, Inc.* |
| \_\_\_\_\_/s/ Nora M. Puckett<br>Jennifer Parker Ainsworth<br>jainsworth@wilsonlawfirm.com<br>**WILSON, ROBERTSON & CORNELIUS, P.C.**<br>P.O. Box 7339<br>Tyler, TX 75711<br>Telephone:     903-509-5000<br>Fax: 903-509-5092<br><br>Luann Simmons<br>lsimmons@omm.com<br>Nora M. Puckett<br>npuckett@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two EmbarcaderoCenter, 28th Floor<br>San Francisco, CA  94111<br>Telephone: 415-984-8700<br>Fax: 415-984-8701<br>*Attorneys for Google Inc.* | \_\_\_\_\_/s/ Michael Oleinik<br>J. Thad Heartfield<br>thad@jth-law.com<br>M. Dru Montgomery<br>dru@jth-law.com<br>**THE HEARTFIELD LAW FIRM**<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>Telephone: 409-866-3318<br>Fax: 409-866-5789<br><br>Larry Schmadeka<br>lschmadeka@lhlaw.com<br>Soo Hong<br>sooh@lhlaw.com<br>Jonathan Kang<br>lkang@lhlaw.com<br>Michael Oleinik<br>moleinik@lhlaw.com<br>**LEE HONG DEGERMAN KANG & WAIMEY**<br>660 S. Figueroa St., Suite 2300<br>Los Angeles, CA 90017<br>Telephone: 213-623-2221<br>Fax: 213-623-2211<br>*Attorneys for LG Electronics MobileComm USA, Inc., LG Electronics, Inc.* |

| | |
|---|---|
| ___/s/ Amanda A. Abraham<br>Carl R. Roth<br>cr@rothfirm.com<br>Brendan C. Roth<br>br@rothfirm.com<br>Amanda A. Abraham<br>aa@rothlawfirm.com<br>**THE ROTH LAW FIRM**<br>115 N. Wellington, Suite 200<br>Marshall, TX  75670<br>Telephone:  903-935-1665<br>Fax:  903-935-1797<br>*Attorneys for Motorola Mobility, Inc.* | ___/s/ Amanda A. Abraham<br>Carl R. Roth<br>cr@rothfirm.com<br>Brendan C. Roth<br>br@rothfirm.com<br>Amanda A. Abraham<br>aa@rothlawfirm.com<br>**THE ROTH LAW FIRM**<br>115 N. Wellington, Suite 200<br>Marshall, TX  75670<br>Telephone:  903-935-1665<br>Fax:  903-935-1797<br><br>Steven Todd Snyder<br>ssnyder@kslaw.com<br>NYSBN:  4187977<br>**KING & SPALDING, LLP**<br>227 W. Trade St., Suite 600<br>Charlotte, NC  28207<br>Telephone:  704-503-2630<br>Fax: 704-503-2622<br><br>Robert F. Perry<br>rperry@kslaw.com<br>Telephone: 212-827-4350<br>Alexas D. Skucas<br>askucas@kslaw.com<br>Telephone: 212-827-4049<br>**KING & SPALDING, LLP**<br>1185 Avenue of the Americas<br>New York, NY  10036<br>Fax     212-556-2222<br><br>*Attorneys for Nokia Corporation and Nokia, Inc.* |
| ___/s/  David A. Nelson<br>David A. Nelson<br>davenelson@quinnemanuel.com<br>Jennifer Bauer<br>jenniferbauer@quinnemanuel.com<br>Christopher Lawnicki | ___/s/ Michael E. Jones<br>Michael E. Jones<br>Lead Attorney<br>Texas State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner |

chrislawnicki@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  312-705-7400
Fax:  312-705-7401

Jennifer A. Kash
jenniferkash@quinnemanuel.com
Linda Brewer
lindabrewer@quinnemanuel.com
Sanjay Nangia
sanjaynangia@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:  415-875-6600
Fax:  415-875-6700

Matthew Robson
MatthewRobson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Telephone:  212-849-7000
Fax:  212-849-7100

Harry L. Gillam, Jr.
gil@gillamsmithlaw.com
Gillam & Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Telephone:  903-934-8450
Fax:  903-934-9257
*Attorneys for Qualcomm Inc.*

    /s/ Robert W. Weber
Robert W. Weber
bweber@smithweber.com
**SMITH WEBER, LLP**

Texas State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500 (75702)
P.O. Box 359
Tyler, TX 75710
Telephone:  903-597-8311
Fax:     903-593-0846

George Riley
griley@omm.com
*Admitted Pro Hac Vice*
Mark E. Miller
markmiller@omm.com
*Admitted Pro Hac Vice*
Ryan K. Yagura
ryagura@omm.com
*Admitted Pro Hac Vice*
George C. Yu
gyu@omm.com
*Admitted Pro Hac Vice*
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, Suite 2800
San Francisco, CA 94111
Telephone:  415-984-8700
Fax:  415-984-8701

*Attorneys for Samsung Electronics Co., Ltd; Samsung Semiconductor, Inc.; and Samsung Telecommunications America, LLC*

    /s/ Amanda A. Abraham
Carl R. Roth
cr@rothfirm.com
Brendan C. Roth
br@rothfirm.com

| | |
|---|---|
| 5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX  75505-6167<br>Telephone:  903-223-5656<br>Fax:  903-223-5652<br><br>Mark W. McGrory<br>markm@rhgm.com<br>Lawrence A. Rouse<br>larryr@rhgm.com<br>**ROUSE HENDRICKS GERMAN MAY PC**<br>1201 Walnut St., 20th Floor<br>Kansas City, MO 64106<br>Telephone:  816-471-7711<br>Fax:  816-471-2221<br>*Attorneys for Sprint Spectrum LP* | Amanda A. Abraham<br>aa@rothfirm.com<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Telephone:  903-935-1665<br>**Fax:  903-935-1797**<br><br>Robert T. Haslam<br>rhaslam@cov.com<br>Anupam Sharma<br>asharma@cov.com<br>Covington & Burling LLP<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065-1418<br>Telephone:  650-632-4700<br>**Fax:  650-632-4800**<br>*Attorneys for Texas Instruments* |

   /s/ Elizabeth Day
Elizabeth Day
eday@feinday.com
Marc Belloli
Mbelloli@feinday.com
**FEINBERG, DAY, ALBERTI & THOMPSON, LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone:  650-618-4360
Fax:  650-618-4368

Brian K. Erickson
brian.erickson@dlapiper.com
**DLA PIPER LLP**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  512-457-7000
Fax:  512-457-7001
*Attorneys for Palm, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              /s/  
                                            Janet Breckenridge