# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MICRUNITY SYSTEMS ENGINEERING, INC.** § § § | |
| Plaintiff, § | **CASE NO. 2:10cv091** |
| § | **CONSOLIDATED** |
| vs. § | **PATENT CASE** |
| § | |
| **ACER INC., ET AL.** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Report and Recommendation filed by the Magistrate Judge on August 29, 2012 (Dkt. No. 490) recommending that the Court grant Plaintiff MicroUnity Systems Engineering, Inc.'s motions to strike and dismiss LG's and Samsung's inequitable conduct pleadings (Dkt. Nos. 355 and 356). LG and Samsung filed objections to the Magistrate Judge's Report and Recommendation. *See* Dkt. No. 503.

The Court has reviewed Defendants' objections. The Court is not persuaded that the facts alleged with respect to the HP Prior Art, whether viewed separately or in their totality, are sufficient to support a reasonable inference that MicroUnity withheld the HP Prior Art with the specific intent to deceive the Patent and Trademark Office. Therefore, Defendants objections are OVERRULED. For the reasons stated in the Report, the Court adopts the Magistrate Judge's Recommendation.

- 2 -

IT IS HEREBY ORDERED that the Motions to Strike and Dismiss LG's and Samsung's Inequitable Conduct Pleadings (Dkt. Nos. 355 and 356) are **GRANTED**.

**So ORDERED and SIGNED this 27th day of September, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**