**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MICRUNITY SYSTEMS ENGINEERING, INC.** | § § § | |
| Plaintiff, | § § | **CASE NO. 2:10cv091** |
| vs. | § § | **CONSOLIDATED PATENT CASE** |
| **ACER, INC., ET AL.** | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL OF NOKIA CORP. AND NOKIA INC.

Before the Court is the Report and Recommendation filed by the Magistrate Judge on June 26, 2013 (Dkt. No. 751) regarding MicroUnity's Opposed Motion for Dismissal of Defendants Nokia Corp. and Nokia Inc. (Dkt. No. 729). As no objections have been filed, the Court adopts the Magistrate Judge's Recommendation.

Accordingly, **IT IS ORDERED** that all claims for relief asserted by MicroUnity Systems Engineering, Inc. against Nokia Inc. and Nokia Corporation, and all claims for relief asserted against MicroUnity Systems Engineering, Inc. by Nokia Inc. and Nokia Corporation herein are **DISMISSED WITH PREDJUDICE**.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

So ORDERED and SIGNED this 16th day of July, 2013.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**